CAROLINE C. CHAPMAN, Respondent, *v.* JOSEPHINE E. OGDEN et al., Appellants.

CAROLINE C. CHAPMAN, Respondent, *v.* JOHN R. OGDEN, JR., Appellant.

*Chapman* v. *Ogden,* 37 App. Div. 355, affirmed.

(Argued December 7, 1900; decided January 22, 1901.)

APPEALS from judgments of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1899, affirming judgments in favor of plaintiff entered upon verdicts directed by the court.

*Charles J. Hardy* and *William L. Snyder* for appellants.

*George M. Bayne* and *Westmoreland D. Davis* for respondent.

Judgments affirmed, with one bill of costs to plaintiffs against defendants, on opinion below.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

In the Matter of the Application of PHILIP F. OLWELL, an Elector of the City of New York, Respondent, to Strike Certain Names from the Register of Voters of the Sixth Election District of the Ninth Assembly District in Said City.

THOMAS S. CARTER et al., Appellants.

*Matter of Olwell,* 54 App. Div. 630, affirmed.

(Argued January 7, 1901; decided January 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 1, 1900, affirming an order of Special Term striking certain names from the register of voters of the sixth election district of the ninth assembly district in the city of New York.

*Henry W. Taft* and *George W. Wickersham* for appellants.

*Edward Browne* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.